IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| ELBERT CARSON MYERS, | ) | |
| | ) | Case No. 4:07CV00027 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | By: Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

Before me is the *Motion to Dismiss* by the Defendant, the United States of America.

For the reasons stated in the accompanying *Memorandum Opinion*, I **GRANT**

Defendant's *Motion to Dismiss* and this case is hereby **DISMISSED** from the active docket of

this Court **WITHOUT PREJUDICE**. The Clerk is directed to send a copy of this *Order* and the

accompanying *Memorandum Opinion* to all counsel of record and to the pro se plaintiff.

Entered this 6th day of November, 2007.


s/Jackson L. Kiser
Senior United States District Judge